CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 09 2013
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAROLD E. STRICKLAND | Civil Action No. 7:12cv00005 |
| Plaintiff, | |
| | **MEMORANDUM OPINION AND** |
| v. | **ORDER ADOPTING REPORT** |
| | **AND RECOMMENDATION** |
| DR. MARK MILITANA *et al.*, | |
| Defendants. | By: Samuel G. Wilson |
| | United States District Judge |

Harold E. Strickland, a Virginia inmate proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983 against various employees at Deep Meadow Correctional Center and Mecklenburg Correctional Center, officials from the Virginia Department of Corrections ("VDOC"), VDOC itself, the Commonwealth of Virginia, and Assistant Attorney General John Parsons.[1] Strickland claims that officials denied him adequate medical treatment and a proper diet for his Crohn's disease. Defendants J. Michael Parsons, Mark Militana, Gayle Harris, R. Sutterfield, F. Schilling, S. Whitten, Harold Clarke, H. Ponton, VDOC, and the Commonwealth of Virginia, filed motions for summary judgment (ECF Nos. 63, 70, 73, 148), and the court referred the matter to United States Magistrate Judge Pamela M. Sargent for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).[2]

The Magistrate Judge filed a thorough report recommending that the court grant the defendants' motion for summary judgment on all of Strickland's claims. Strickland—a frequent

---

[1] By September 28, 2012, order, the court dismissed eight of the defendants. (ECF No. 58.) By November 14, 2012, order, the court dismissed two more defendants. (ECF No. 113.) And by March 28, 2013, oral order, the court dismissed three more defendants. (ECF No. 183.)

[2] The court notes that as of the date of this order, one outstanding defendant, Dr. H. Stephens, Chief Medical Officer of VDOC, has yet to respond to Strickland's complaint against him, and the court entered default against another defendant, Nurse Shelly Gregory.

litigant in the federal courts[3] who has a penchant for filing unfounded claims, naming non-essential parties, and unnecessarily multiplying proceedings—did not file a timely objection[4] to the Report and Recommendation, but although untimely, the court has considered the objections Strickland filed. Those objections largely reiterate the arguments made in his pleadings.

Having reviewed the Report and Recommendation, Strickland's objections, and pertinent portions of the record *de novo* in accordance with § 636(b)(1), the court agrees with the Magistrate Judge's recommendation.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Strickland's motion for an extension of time is **GRANTED**, the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety, and the defendants' motions for summary judgment are **GRANTED**.

**ENTER**: May 9, 2013.

UNITED STATES DISTRICT JUDGE

---

[3] Currently, Strickland has pending in this court three cases naming a total of twenty-seven defendants.

[4] Strickland's objections were due on April 12, 2013; he did not file an objection until April 16, 2013. (ECF No. 189.)