CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 09 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAROLD E. STRICKLAND, | ) | Civil Action No. 7:12cv00005 |
|    Plaintiff, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| DR. MARK MILITANA *et al.*, | ) | By: Samuel G. Wilson |
|    Defendants. | ) | United States District Judge |

In accordance with the memorandum opinions entered on this day, it is **ORDERED** and **ADJUDGED** that the court:

(1) **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 181) in its entirety;

(2) **GRANTS** the motions for summary judgment (ECF Nos. 63, 70, 73, 148) in favor of defendants J. Michael Parsons, Mark Militana, Gayle Harris, R. Sutterfield, F. Schilling, S. Whitten, Harold Clarke, H. Ponton, VDOC, and the Commonwealth of Virginia;

(3) **DISMISSES** Strickland's action against Dr. H. Stephens pursuant to 28 U.S.C. § 1915A(b)(1)–(2);

(4) **VACATES** the Clerk's entry of default (ECF No. 179) against Shelly Gregory pursuant to Fed. R. Civ. P. 55(c);

(5) and **DISMISSES** Strickland's action against Gregory pursuant to 42 U.S.C. § 1997e(c)(1).

This case is **STRICKEN** from the docket of the court.

The Clerk is directed to send a copy of these memorandum opinions and this order to the plaintiff.

**ENTER**: May 9, 2013.

_____
UNITED STATES DISTRICT JUDGE